938 A.2d 43

**Kevin T. FORD et al.**

**v.**

**Kenneth P. NARAIN.**

**No. 115 Sept. Term, 2007.**

Court of Appeals of Maryland.

Dec. 27, 2007.

Ronald C. Hill, Ft. Washington, for appellants.

Brent M. Ahalt (McNamee, Hosea, Jernigan, Kim, Greenan & Walker, P.A., Greenbelt), all on brief, for appellee.

Submitted Before BELL, C.J., RAKER, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and the Court having considered a motion to dismiss writ of certiorari as improvidently granted with response filed thereto, it is this 27th day of December, 2007,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the motion to dismiss be, and it is hereby granted; and it is further

ORDERED that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.